# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ROSEEN TURNER,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO HOUSING AUTHORITY,<br><br>Defendant. | Case No. 1:25-cv-02033-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO REFILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF Nos. 2, 4) |

Plaintiff filed a complaint against Fresno Housing Authority on December 29, 2025. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)  From that application, the Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 3.)

On January 16, 2026, Plaintiff filed a long form application to proceed *in forma pauperis*. (ECF No. 4.)  The Court remains unable to determine from the information provided in the application whether Plaintiff qualifies to proceed in this action without prepayment of fees. Specifically, in response to Question 1, Plaintiff states that her average monthly income is $5,008.00 and that her income expected next month is $808.17.  However, in response to Question 2, Plaintiff lists one current employer and states that her monthly gross pay is $2,400.00.  Plaintiff provides no explanation reconciling these figures.

Due to these inconsistencies, the Court cannot determine whether Plaintiff is entitled to proceed in this action without prepayment of fees. Therefore, Plaintiff is afforded one final opportunity to submit a fully completed long form application containing detailed and through information. If Plaintiff is unwilling to complete and resubmit the long form application, she must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to forward an *in forma pauperis* application (Long Form) to Plaintiff;

2. Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) refile an application to proceed *in forma pauperis* without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, the undersigned will recommend this action be dismissed.

IT IS SO ORDERED.

Dated: __**January 20, 2026**__

STANLEY A. BOONE
United States Magistrate Judge

2