# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ROSEEN TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO HOUSING AUTHORITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-02033-KES-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 4, 6) |

Plaintiff Leah Roseen Turner filed a complaint on December 29, 2025, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and ordered Plaintiff to file a long form application.  (ECF Nos. 3, 5.)  Plaintiff timely complied (ECF No. 6), and the Court is now able to make a determination.

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court will not direct that service be undertaken until the Court screens the complaint and issues its screening order.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4, 6) is GRANTED; and

2.    **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated:    **February 5, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge

2