**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEAH ROSEEN TURNER, | Case No. 1:25-cv-2033 KES SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| FRESNO HOUSING AUTHORITY, | |
| Defendant. | Doc. 9 |

Plaintiff Leah Roseen Turner, proceeding pro se and in forma pauperis, commenced this action against Defendant Fresno Housing Authority. Doc. 1. On March 20, 2026, the assigned magistrate judge screened the complaint, found that it failed to state a claim upon which relief may be granted, and gave Plaintiff thirty days to file an amended complaint. Doc. 8. Plaintiff failed to respond to the Screening Order.

On April 24, 2026, the magistrate judge issued findings and recommendations, reiterating the Screening Order findings. Doc. 9 at 2-4. The magistrate judge also found Plaintiff failed to prosecute this action and failed to comply with a Court's order, and recommended dismissal. *Id.* at 4-5. The Court served the findings and recommendations on Plaintiff and notified her that any objections were due within 14 days. *Id.* at 5. The Court advised that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 6, (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Plaintiff did not file any objections.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review.  Having carefully reviewed the entire case, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  As the magistrate judge determined in the Screening Order, Plaintiff failed to state a cognizable claim.  Plaintiff now appears to have abandoned this action.  The Court ORDERS:

1.    The Findings and Recommendations issued on (Doc. 9), are ADOPTED in full.

2.    This matter is DISMISSED without prejudice.

3.    The Clerk of Court is DIRECTED to close this case.

DATE: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2